**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| WILLIAM ROBERT HUGGINS, ) | Case No: 23-20194-CMB |
| AND KELLY ANNE HUGGINS, ) | |
| Debtors. ) | Chapter 13 |
| ) | |
| WILLIAM ROBERT HUGGINS, ) | |
| AND KELLY ANNE HUGGINS, ) | Related to Doc. No. 27 |
| Movants, ) | |
| ) | |
| v. ) | |
| ) | |
| NO RESPONDENT. ) | |

## ORDER ON MOTION FOR EXTENSION OF TIME TO FILE CHAPTER 13 PETITION, PLAN, DECLARATION AND RELATED DOCUMENTS

**And Now,** the ___22nd___ day of _____March_____, 2023, after careful consideration of the Debtors' Motion to Extend Time, **It Is Hereby Ordered,** that the Debtor shall file an completed Chapter 13 Petition, Plan, Declaration and related documents no later than March 28, 2023.

FILED
3/22/23 11:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm* dmr
Carlota M. Böhm, Judge
U.S. Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 23-20194-CMB

William Robert Huggins  Chapter 13

Kelly Anne Huggins

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2
Date Rcvd: Mar 22, 2023    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + William Robert Huggins, Kelly Anne Huggins, Post Office Box 394, Chicora, PA 16025-0394 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 24, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dai Rosenblum | on behalf of Joint Debtor Kelly Anne Huggins dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Debtor William Robert Huggins dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 22, 2023 | Form ID: pdf900 | Total Noticed: 1 |

TOTAL: 5