# VERIFICATION

**No proof of income is available for the following reason:**

Debtor(s) do not receive paystubs from their employer

Debtor(s) are not employed and therefore have no paystubs

Debtor(s) receive Social Security or Unemployment Compensation and do not receive documentation

Debtor(s) filed taxes electronically and/or did not save a paper copy

Debtor(s) are not required to file Federal Income Taxes

**The undersigned declare(s) under penalty of perjury that the information indicated above is true and correct**

Executed on:

_____
Debtor #1

_____
Debtor #2