**Pay Statement**

This is a statement of earnings and deductions. This pay statement is non-negotiable.


**WOODFOREST NATIONAL BANK**

Woodforest National Bank
25231 Grogans Mill Road
Suite 6050
The Woodlands, TX 77380
832-375-2525

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/16/2023 |
| Period End Date | 01/29/2023 |
| Pay Date | 02/02/2023 |
| Document | 1889552 |

**Net Pay** $1,626.53

## Pay Details

**Kelly A Huggins**
301 Central Avenue
PO Box 394
Chicora, PA 16025
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 79590 | Pay Group | Salaried |
| SSN | 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 | Location | PA - Butler WM |
| Job | Retail Branch Manager I | Region | 011 - Pennsylvania |
| Pay Rate | $26.4250 | Division | 005 - Branch Banking |
| Pay Frequency | Biweekly | Department | 034 - Retail Banking |
| | | Cost Center | 0343 - PA - Butler WM |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $5.31 | $15.93 |
| Holiday Floatin | 8.0000 | $0.0000 | $211.40 | $211.40 |
| Regular | 72.0000 | $0.0000 | $1,902.60 | $5,919.20 |
| Sick | 0.0000 | $0.0000 | $0.00 | $211.40 |

Total Hours  80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401 K | Yes | $42.28 | $126.84 | $0.00 | $0.00 |
| Group Term Life | No | $5.31 | $15.93 | $0.00 | $0.00 |
| STD | No | $16.68 | $50.04 | $0.00 | $0.00 |
| 401K Match | Yes | $0.00 | $0.00 | $21.14 | $63.42 |
| COMPANY LIFE | No | $0.00 | $0.00 | $5.90 | $17.70 |
| COMPANY LTD | No | $0.00 | $0.00 | $4.37 | $13.11 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $176.86 | $530.58 |
| Employee Medicare | $30.73 | $92.19 |
| Social Security Employee Tax | $131.40 | $394.19 |
| PA State Income Tax | $64.90 | $194.70 |
| BUTLER | $21.14 | $63.42 |
| BUTLER SD-BUTLER TWP | $0.19 | $0.57 |

| | | |
|---|---|---|
| BUTLER TWP | $1.81 | $5.43 |
| PA Unemployment Employee | $1.48 | $4.23 |

**Paid Time Off**

**Net Pay Distribution**

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5988 | Checking | $50.00 |
| xxxxxx1132 | Checking | $1,576.53 |
| Total | | $1,626.53 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,119.31 | $2,077.03 | $428.51 | $64.27 | **$1,626.53** |
| YTD | $6,357.93 | $6,231.09 | $1,285.31 | $192.81 | $4,879.81 |