**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>WILLIAM ROBERT HUGGINS, and<br>KELLY ANNE HUGGINS,<br>        Debtor(s).<br><br>KELLY ANNE HUGGINS, Debtor,<br><br>        Movant,<br><br>        v.<br><br>WOODFOREST NATIONAL BANK,<br><br>        Respondent.<br><br>SSN XXX-XX-8162 | Bankruptcy No.: 23-20194-CMB<br><br>Chapter 13<br>Motion No.: WO-1<br><br>Related to Doc. #61 |

**CERTIFICATE OF SERVICE OF SIGNED AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on May 24, 2023. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

**Service by First-Class Mail:**

| | |
|---|---|
| **William Robert Huggins**<br>**Kelly Anne Huggins**<br>Post Office Box 394<br>Chicora, PA 16025 | **Woodforest National Bank**<br>**ATTN: Manager - Payroll Department**<br>25231 Grogans Mill Road<br>Suite 6050<br>The Woodlands, TX 77380 |

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

| | |
|---|---|
| **Ronda J. Winnecour**<br>Not served directly per Trustee's request, NEF only | **Office of the United States Trustee**<br>ustpregion03.pi.ecf@usdoj.gov |

Executed on: May 24, 2023

 /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900    Pa. ID# 31802
dai@dairosenblumbankruptcy.com