**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| WILLIAM ROBERT HUGGINS and ) | Case No: 23-20194-CMB |
| KELLY ANNE HUGGINS, ) | |
|     Debtors. ) | Chapter 13 |
| ) | |
| WILLIAM ROBERT HUGGINS and ) | Related to Document No.: 83 |
| KELLY ANNE HUGGINS, ) | |
|     Movants, ) | Hearing Date: 07/16/2025 |
| ) | |
| v. ) | Hearing Time: 2:30 PM |
| ) | |
| NO RESPONDENT. ) | Response Deadline: 05/27/2025 |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING**
**MOTION FOR RELIEF FROM STAY**

TO THE RESPONDENT:

**You are hereby notified that the Movant seeks an order affecting your rights or property.**

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than May 27, 2025  [seventeen (17) days after the date of service below], in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and  the  general  procedures  of  Judge Böhm  as  found  on  her Procedures webpage  at https://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

**You should take this Notice and the Motion to a lawyer at once.**

A hearing will be held on July 16, 2025, at 2:30 PM. before Judge Carlota M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191.  ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND

COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328. Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of service: May 7, 2025

/s/ Dai Rosenblum, Esq.
Dai Rosenblum, for the Creditor
Suite B, 254 New Castle Road
Butler, PA 16001-2529
(724) 283-2900 PA ID No. 31802
dai@dairosenblumbankruptcy.com