**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| WILLIAM ROBERT HUGGINS and ) | Case No: 23-20194-CMB |
| KELLY ANNE HUGGINS, ) | |
|     Debtors. ) | Chapter 13 |
| ) | |
| WILLIAM ROBERT HUGGINS and ) | Related to Document No.: 83, 84 |
| KELLY ANNE HUGGINS, ) | |
|     Movants, ) | Hearing Date: 07/16/2025 |
| ) | |
| v. ) | Hearing Time: 2:30 PM |
| ) | |
| NO RESPONDENT. ) | Response Deadline: 05/27/2025 |

**CERTIFICATE OF SERVICE OF MOTION TO BORROW TO PURCHASE VEHICLE**
**AND ORDER SETTING HEARING**

    I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on May 7, 2025. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

***Service by First-Class Mail:***

William Robert Huggins
Kelly Anne Huggins
Post Office Box 394
Chicora, PA 16025

Great American Finance Holdings, LLC
200 South Michigan Avenue, Suite 450
Chicago, Illinois 60604

Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Lakeview Loan Servicing, LLC
c/o M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

Chrysler Capital
PO Box 961275
Fort Worth, TX 76161

Lendmark Financial Services, LLC
2118 Usher St
Covington, GA 30014

Department of Treasury
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Direct Rent to Own Barns, LLC
C/O Hagwood and Tipton, PC
PO BOX 726
Paris, TN 38242

NAVY FEDERAL CREDIT UNION
P. O. BOX 3000
MERRIFIELD, VA 22119

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119

OneMain Financial
PO Box 3251
Evansville, IN 47731

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for

BLST Marketing Sales & Receivables LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

SANTANDER CONSUMER USA
P. O. Box 560284
Dallas, TX 75356
Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Jeffrey Hunt**
**Peoples Natural Gas Company**
ecfpeoples@grblaw.com

**Denise Carlon**
**Lakeview Loan Servicing**
dcarlon@kmllawgroup.com

**William E. Craig**
**Santander Consumer USA Inc.**
wcraig@egalawfirm.com

Executed on: May 7, 2025

  /s/ Dai Rosenblum, Esq.         
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2568
724-283-2900      Pa. ID# 31802
dai@dairosenblumbankruptcy.com