# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | |
| WILLIAM ROBERT HUGGINS and ) | Case No: 23-20194-CMB |
| KELLY ANNE HUGGINS, ) | |
|     Debtors. ) | Chapter 13 |
| ) | |
| WILLIAM ROBERT HUGGINS and ) | |
| KELLY ANNE HUGGINS, ) | |
|     Movants, ) | Hearing Date: 07/16/2025 |
| ) | |
| v. ) | Hearing Time: 2:30 PM |
| ) | |
| NO RESPONDENT. ) | Response Deadline: 05/27/2025 |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO BORROW

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Borrow filed on May 7, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Borrow appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Borrow were to be filed and served no later than May 27, 2025.

It is hereby respectfully requested that the Order attached to the Motion to Borrow be entered by the Court.

May 28, 2025

 

/s/ Dai Rosenblum  
Dai Rosenblum, for the Debtors  
254 New Castle Road, Suite B  
Butler, PA  16001-2529  
(724) 283-2900 PA ID No. 31802  
dai@dairosenblumbankruptcy.com