UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>WILLIAM ROBERT HUGGINS and<br>KELLY ANNE HUGGINS,<br>        Debtors.<br><br>WILLIAM ROBERT HUGGINS and<br>KELLY ANNE HUGGINS,<br>        Movants,<br><br>v.<br><br>NO RESPONDENT. | Case No: 23-20194-CMB<br><br>Chapter 13<br><br>Related to: Document No. 83<br><br>**ENTERED BY DEFAULT** |

## ORDER APPROVING FINANCING

**And Now,** the ___30th___ day of ___May___, 20_25_, after careful consideration of the Debtors' Motion to Borrow to Purchase Vehicle, and all matters of record, **It Is Hereby Ordered** that the Debtors, William Robert Huggins and Kelly Anne Huggins, may borrow an amount no more than $25,000.00, at a maximum interest rate of 21.0% interest, with a monthly payment of no more than $500.00, in order to purchase a vehicle.

Counsel for the Debtors shall file a Report of Financing within 14 days of this transaction, and shall also file an Amended Chapter 13 Plan incorporating this financing within 30 days of this transaction.

_Carlota M. Böhm_   glb
Carlota M. Böhm, Judge
United States Bankruptcy Court

SIGNED
5/30/25 10:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20194-CMB |
| William Robert Huggins | Chapter 13 |
| Kelly Anne Huggins | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 30, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Robert Huggins, Kelly Anne Huggins, Post Office Box 394, Chicora, PA 16025-0394 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2025 at the address(es) listed below:**

**Name**    **Email Address**

Dai Rosenblum
    on behalf of Joint Debtor Kelly Anne Huggins dai@dairosenblumbankruptcy.com
    Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com

Dai Rosenblum
    on behalf of Debtor William Robert Huggins dai@dairosenblumbankruptcy.com
    Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com

Dai Rosenblum
    on behalf of Plaintiff William Robert Huggins dai@dairosenblumbankruptcy.com
    Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com

Dai Rosenblum
    on behalf of Plaintiff Kelly Anne Huggins dai@dairosenblumbankruptcy.com
    Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com

Denise Carlon

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: auto | | Page 2 of 2 |
| Date Rcvd: May 30, 2025 | Form ID: pdf900 | | Total Noticed: 1 |

    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Defendant Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10