IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| WILLIAM ROBERT HUGGINS | ) | Bankruptcy No. 23-20194-CMB |
| KELLY ANNE HUGGINS, | ) | |
| **Debtor(s)** | ) | Chapter 13 |
| | ) | |
| SANTANDER CONSUMER USA INC. | ) | |
| dba CHRYSLER CAPITAL, | ) | Document No. 94 |
| **Movant** | ) | |
| | ) | |
| v. | ) | **Response Deadline: 8/28/25** |
| | ) | |
| WILLIAM ROBERT HUGGINS | ) | **Hearing Date: 9/10/25 at 2:30 PM** |
| KELLY ANNE HUGGINS, | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| RONDA J. WINNECOUR, | ) | |
| **Trustee** | | |

## AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Santander Consumer USA Inc. dba Chrysler Capital ("Movant/Creditor"), by its counsel moves this Court for an Order granting relief from the stay provided for by 11 U.S.C. §362 stating as follows:

1. A Chapter 13 petition was filed on January 31, 2023.

2. This Court has jurisdiction of the matter pursuant to 11 U.S.C. §362 and 28 U.S.C. §157(b)(2).

3. On March 27, 2018, the Debtor(s) entered into a retail installment sales contract for the purchase of a 2018 Dodge Charger bearing vehicle identification number 2C3CDXBG6JH206767 (the "Vehicle").  The contract was assigned to Chrysler Capital and the Debtors became indebted to Chrysler Capital in accordance with the terms of same.  To secure payment of the contract, the Debtors caused the title to the Vehicle to be delivered to Chrysler Capital.  As a result, Chrysler Capital is the holder of a first purchase money security interest encumbering the Vehicle.  Santander Consumer USA Inc. does business as Chrysler Capital. True copies of the contract and title inquiry to the Vehicle are annexed hereto as **Exhibits A and B.**

4. Movant's best information is that there is no other entity claiming a lien on the Vehicle.

5. The Debtors surrendered the Vehicle on July 17, 2025.

6. The loan matured, so the Debtors' account is past due for the full loan balance of $23,575.40

7. The value of the Vehicle is $17,900.00 according to the NADA Official Used Car Guide, August 2025 edition.

8. Movant avers that there is good cause to grant relief from the automatic stay for the following reasons:

   a. The Debtors surrendered the Vehicle; Chrysler Capital requires stay relief in order to, process and sell it.
   b. The loan matured.

**WHEREFORE**, Movant prays that the Court grant the relief requested and issue the attached proposed Order.

Dated:  8/14/25

Respectfully submitted,

/s/ William E. Craig
**By: William E. Craig, Esquire**
Attorney I.D. # 92329
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
wcraig@egalawfirm.com
Attorneys For Movant