IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| WILLIAM ROBERT HUGGINS | ) | Bankruptcy No. 23-20194-CMB |
| KELLY ANNE HUGGINS, | ) | |
| **Debtor(s)** | ) | Chapter 13 |
| | ) | |
| SANTANDER CONSUMER USA INC. | ) | |
| dba CHRYSLER CAPITAL, | ) | Related To Document No. 99 and 100 |
| **Movant** | ) | |
| | ) | |
| v. | ) | **Response Deadline:  9/8/25** |
| | ) | |
| WILLIAM ROBERT HUGGINS | ) | **Hearing Date:  10/1/25 at 2:30 PM** |
| KELLY ANNE HUGGINS, | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| RONDA J. WINNECOUR, | ) | |
| **Trustee** | | |

**CERTIFICATE OF SERVICE**

I, ___William E. Craig___, of Eisenberg Gold & Agrawal, P.C., 1040 Kings Highway North #200, Cherry Hill, NJ 08034, certify that I am more than 18 years of age and that on August 21, 2025, I served by electronic means and/or by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

| | |
|---|---|
| William and Kelly Huggins | Dai Rosenblum, Esq. |
| Post Office Box 394 | 254 New Castle Road Suite B |
| Chicora, PA 16025 | Butler, PA 16001-2529 |
| (Debtors) | (Attorney For Debtors) |
| | |
| Ronda J. Winnecour | Office of the United States Trustee |
| Suite 3250, USX Tower | 1000 Liberty Avenue |
| 600 Grant Street | Suite 1316 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| (Trustee) | (U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
PA ID # 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com