IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| WILLIAM ROBERT HUGGINS ) | Bankruptcy No. 23-20194-CMB |
| KELLY ANNE HUGGINS, ) | |
| **Debtor(s)** ) | Chapter 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | |
| dba CHRYSLER CAPITAL, ) | Related To Document No. 94, 99 |
| **Movant** ) | |
| ) | |
| v. ) | **Response Deadline:** 9/8/25 |
| ) | |
| WILLIAM ROBERT HUGGINS ) | **Hearing Date:** 10/1/25 at 2:30 PM |
| KELLY ANNE HUGGINS, ) | |
| **Respondent(s)** ) | |
| ) | **ENTERED BY DEFAULT** |
| RONDA J. WINNECOUR, ) | |
| **Trustee** | |

### ORDER OF COURT

AND NOW, this  19th  day of  September , 2025, it is hereby

**ORDERED** that the Motion For Relief From The Automatic Stay is GRANTED.

Movant Santander Consumer USA Inc. dba Chrysler Capital is permitted to enforce its rights in the property described as a **2018 Dodge Charger** bearing vehicle identification number 2C3CDXBG6JH206767, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

*Carlota M. Böhm*
UNITED STATES BANKRUPTCY JUDGE

FILED
9/19/25 10:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20194-CMB |
| William Robert Huggins | Chapter 13 |
| Kelly Anne Huggins | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 19, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Robert Huggins, Kelly Anne Huggins, Post Office Box 394, Chicora, PA 16025-0394 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dai Rosenblum | |
| | on behalf of Joint Debtor Kelly Anne Huggins dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |
| Dai Rosenblum | |
| | on behalf of Debtor William Robert Huggins dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |
| Dai Rosenblum | |
| | on behalf of Plaintiff William Robert Huggins dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |
| Dai Rosenblum | |
| | on behalf of Plaintiff Kelly Anne Huggins dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Sep 19, 2025 | Form ID: pdf900 | Total Noticed: 1

Denise Carlon
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Defendant Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10