**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM ROBERT HUGGINS and<br>KELLY ANNE HUGGINS,<br><br>     Debtors. | Case No. 23-20194-CMB<br><br>Chapter 13 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Kindly enter the appearance of Brent J. Lemon, Esquire, as counsel of record for Direct Rent to Own Barns, LLC.

PLEASE TAKE NOTICE that Direct Rent to Own Barns, LLC, a creditor in the above-captioned matter, hereby appears by its counsel, Brent J. Lemon, Esquire ("Counsel"); and Counsel hereby enters his appearance pursuant to Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and Counsel hereby requests, pursuant to Section 342 of the Bankruptcy Code and Rules 2002, 3017, and 9007 of the Bankruptcy Rules, that all notices and papers specified by those Rules, and pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010 of the Bankruptcy Rules that all other notices given or required to be given in this case be given to and served upon:

> Brent J. Lemon, Esquire
> Pa. I.D. # 86478
> WH BURKLEY, LLP
> 601 Grant Street, 9th Floor
> Pittsburgh, Pennsylvania 15219
> (412) 456-8100
> (412) 456-8135 (fax)
> blemon@bernsteinlaw.com

The foregoing request includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answer or reply papers, memoranda or briefs in support of any of the foregoing and any other document brought before the Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

1

Dated: May 13, 2026

Respectfully submitted,

WH BURKLEY, LLP

By: /s/ *Brent J. Lemon* _____
Brent J. Lemon, Esq. (PA ID 86478)
blemon@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Telephone: (412) 456-8100
Facsimile: (412) 456-8135

*Counsel to Direct Rent to Own Barns, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM ROBERT HUGGINS and<br>KELLY ANNE HUGGINS,<br><br>    Debtors. | Case No. 23-20194-CMB<br><br>Chapter 13 |

**CERTIFICATE OF SERVICE**

    I certify that I served or caused to be served a copy of the foregoing Notice of Appearance upon each of the persons and parties in this Court's CM/ECF System.

Dated: May 13, 2026

Respectfully submitted,

WH BURKLEY, LLP

By: /s/ *Brent J. Lemon* _____
Brent J. Lemon, Esq. (PA ID 86478)
blemon@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Telephone: (412) 456-8100
Facsimile: (412) 456-8135

*Counsel to Direct Rent to Own Barns, LLC*