**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

**Case No. 23-20194-CMB**

**William Robert Huggins**
**Kelly Anne Huggins**

**Chapter 13**

**Debtor(s).**

**Related to Doc. Nos. 111 & 116**

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:**

☐ a motion to dismiss case or certificate of default requesting dismissal

☒ a plan modification sought by: The Trustee

☐ a motion to lift stay
as to creditor ______________________________

☐ Other: ______________________________

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

☐ Chapter 13 Plan dated _________
☒ Amended Chapter 13 Plan dated March 28, 2026

is modified as follows:

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

☐ Debtor(s) Plan payments shall be changed from $ ______________ to $ _____________ per _________, effective ____________; and/or the Plan term shall be changed from ___ months to ____ months.

- ☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ☐ Debtor(s) shall file and serve ______________________________ on or before __________.

- ☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as__________________________________________ ________________________________________________ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: The claim of Great American Financial (Claim #25) shall govern fully.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 9th day of September, 2026

SIGNED
9/9/26 4:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
glb
Carlota M. Böhm
United States Bankruptcy Judge

Stipulated by:

/s/ Dai Rosenblum
Dai Rosenblum (PA I.D. #31802)
Counsel to Debtor
254 New Castle Road, Suite B
Butler, PA 16001
724-283-2900
dai@dairosenblumbankruptcy.com

Stipulated by:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Counsel to Chapter 13 Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
kdesimone@chapter13trusteewdpa.com

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:
William Robert Huggins
Kelly Anne Huggins
Debtors

Case No. 23-20194-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3
Date Rcvd: Sep 09, 2026 Form ID: pdf900 Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Robert Huggins, Kelly Anne Huggins, Post Office Box 394, Chicora, PA 16025-0394 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Sep 10 2026 02:14:54 | Direct Rent to Own Barns, LLC, C/o Brent J. Lemon, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, UNITED STATES 15219-4430 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 10 2026 02:17:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 10 2026 02:19:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 10 2026 02:17:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Sep 10 2026 02:17:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 10 2026 02:17:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 15576862 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 10 2026 02:19:42 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15572682 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 10 2026 02:19:24 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15566528 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 10 2026 02:17:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 15593510 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 10 2026 02:17:00 | Department of Treasury, Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15631494 | + | Email/Text: lcarson@hatlawfirm.com | Sep 10 2026 02:18:00 | Direct Rent to Own Barns, LLC, C/O Hagwood and Tipton, PC, PO BOX 726, Paris, TN 38242-0726 |
| 15589423 | ^ | MEBN | Sep 10 2026 02:14:11 | Great American Finance Holdings, LLC, 200 South Michigan Avenue, Suite 450, Chicago, Illinois 60604-2400 |
| 15588725 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 10 2026 02:17:00 | Jefferson Capital Systems LLC, Po Box 7999, |

| | | | | |
|---|---|---|---|---|
| | | | | Saint Cloud MN 56302-9617 |
| 15587155 | | Email/Text: bk@lendmarkfinancial.com | Sep 10 2026 02:16:00 | Lendmark Financial Services, LLC, 2118 Usher St, Covington, GA 30014 |
| 15569122 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2026 02:19:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15588128 | ^ | MEBN | Sep 10 2026 02:13:39 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15569335 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 10 2026 02:18:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 15580178 | + | Email/PDF: cbp@omf.com | Sep 10 2026 02:19:32 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15577996 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 10 2026 02:19:42 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15567841 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 10 2026 02:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15603319 | | Email/Text: bnc-quantum@quantum3group.com | Sep 10 2026 02:17:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15587686 | | Email/Text: bnc-quantum@quantum3group.com | Sep 10 2026 02:17:00 | Quantum3 Group LLC as agent for, BLST Marketing Sales & Receivables LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15589915 | | Email/Text: bnc-quantum@quantum3group.com | Sep 10 2026 02:17:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15569864 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 10 2026 02:17:00 | SANTANDER CONSUMER USA, P. O. Box 560284, Dallas, TX 75356-0284 |
| 16607842 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 10 2026 02:17:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 15567697 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 10 2026 02:19:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15581044 | + | Email/Text: bncmail@w-legal.com | Sep 10 2026 02:17:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15569336 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brent J. Lemon | on behalf of Creditor Direct Rent to Own Barns LLC Brent.Lemon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Dai Rosenblum | on behalf of Joint Debtor Kelly Anne Huggins dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Plaintiff Kelly Anne Huggins dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Debtor William Robert Huggins dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |
| Dai Rosenblum | on behalf of Plaintiff William Robert Huggins dai@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com alapinski@egalawfirm.com |
| William E. Craig | on behalf of Defendant Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com alapinski@egalawfirm.com |

TOTAL: 11